# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI,          :
                                 :
        **Petitioner,**       :
                                 :
        **v.**                :         **Civil Action No. 05-280 (GK)**
                                 :
**BARACK H. OBAMA,** *et al.*,     :
                                 :
        **Respondents.**   :

## ORDER

Petitioner has filed a Request to Hold Final Action in Abeyance Pending Ruling on Petition for Certiorari. The Government has filed an Opposition, which is totally persuasive. It is correct that "No principle of law is better established than the rule that a District Court is bound 'by the decree [of the Court of Appeals] . . . and must carry it into execution, according to the mandate.'" Consarc v. United States Treasury Department, Office of Foreign Assets Control, 71 F.3d 909, 915 (D.C. Cir. 1995), quoting Mays v. Burgess, 152 F.2d 123, 124 (D.C. Cir. 1945). There is no question that the Court of Appeals' Mandate, issued on September 2, 2010, directed this Court "to deny appellant's petition for writ of habeas corpus . . ." [Dkt. No. 577].

**WHEREFORE**, it is this 21st day of October, 2010, hereby

**ORDERED**, that Petitioner's Request to Hold Final Action in Abeyance Pending a Ruling on Petition for Certiorari is **denied**.

                                 /s/ _____
                                 Gladys Kessler
                                 United States District Judge

**Copies via ECF to all counsel of record**